PAULINE GUNTLOW, Respondent, v MARC BARBERA et al., Defendants, and ANTHONY RYAN et al., Appellants.

Decided November 18, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of the Claim of DAVID W. HOWARD, Respondent, v STATURE ELECTRIC, INC., et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.

Submitted September 13, 2010; decided November 18, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

NEW YORK COMMUNITY BANK, Respondent, v JAY VERMONTY, Formerly Known as JESUS VERMONTY, et al., Defendants, and DAVE SHELDON, Also Known as DAVID SHELDON, et al., Appellants.

Submitted October 4, 2010; decided November 18, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.